**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA   :   No. 93 MM 2019
:
:
:
v.   :
:
:
COURT OF COMMON PLEAS JUDGE   :
MARIA L. DANTOS   :
:
:
PETITION OF: ISAAC B. PEARSON   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the "Writ of Mandamus" is DENIED.

The Prothonotary is DIRECTED to strike the judge's name from the caption.